JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHECOBE RENEE YOUNG,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 09-0195-GW (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 11, 2010

　　　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE